1  Richard G. Grotch, Esq. – SBN 127713
2  Sungjee Lee, Esq. – SBN 246860
   **CODDINGTON, HICKS & DANFORTH**
3  **A Professional Corporation, Lawyers**
   555 Twin Dolphin Drive, Suite 300
4  Redwood City, CA  94065-2133
   Telephone: (650) 592-5400
5  Facsimile:  (650) 592-5027
   E-mail:  rgrotch@chdlawyers.com
6
   **ATTORNEYS FOR** Defendant
7  UNITED AIR LINES, INC.

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11 | DEBRA BERG,                         | Case No.   CV 11-03612  SC
12 |         Plaintiff,                  |
13 | vs.                                 | STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
14 | UNITED AIR LINES, INC. and DOES 1   | Honorable Samuel Conti
15 | through 20, inclusive,              | Senior United States District Judge
16 |         Defendants.                 |
17

18       IT IS HEREBY STIPULATED by and between plaintiff DEBORAH BERG (who sued

19 as Debra Berg) and defendant UNITED AIR LINES, INC., through their respective counsel of

20 record, that all the claims of plaintiff DEBORAH BERG be, and hereby are, dismissed with

21

22 prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to

23 bear her or its own attorneys' fees and costs of suit.

24 ///

25 ///

26 ///

27 ///

28 ///

SO STIPULATED.

Dated: August 29, 2012                              JOHN P. HANNON, II

                                                    /s/ *John P. Hannon*
                                                By: _____
                                                    John P. Hannon, II
                                                    Attorney for Plaintiff
                                                    Deborah Berg

Dated: August 28, 2012                              CODDINGTON, HICKS & DANFORTH

                                                    /s/ *Richard G. Grotch*
                                                By: _____
                                                    Richard G. Grotch (*)
                                                    Attorney for Defendant
                                                    United Air Lines, Inc.

(*)  I hereby attest that I have on file all
     Holographic signatures indicated by a
     "conformed" signature (/s/)
     within this e-filed document.

## [~~PROPOSED~~] ORDER

Upon consideration of the foregoing Stipulation for Dismissal with Prejudice, it is hereby ordered that the claims of plaintiff DEBORAH BERG (who sued as Debra Berg) be, and hereby are, dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear her or its own attorneys' fees and costs of suit.

Dated: __August 29_____, 2012

                                            _____
                                            Honorable Samuel Conti
                                            United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]*