Richard G. Grotch, Esq. – SBN 127713
Sungjee Lee, Esq. – SBN 246860
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, CA  94065-2133
Telephone: (650) 592-5400
Facsimile:  (650) 592-5027
E-mail:  rgrotch@chdlawyers.com

**ATTORNEYS FOR** Defendant
UNITED AIR LINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBRA BERG,<br><br>       Plaintiff,<br><br>vs.<br><br>UNITED AIR LINES, INC. and DOES 1 through 20, inclusive,<br><br>       Defendants. | Case No.  CV 11-03612  SC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE<br><br>Honorable Samuel Conti<br>Senior United States District Judge |

IT IS HEREBY STIPULATED by and between plaintiff DEBORAH BERG (who sued as Debra Berg) and defendant UNITED AIR LINES, INC., through their respective counsel of record, that all the claims of plaintiff DEBORAH BERG be, and hereby are, dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear her or its own attorneys' fees and costs of suit.

///

///

///

///

Stipulation and [Proposed] Order of Dismissal
Case No:  CV 11-3612 SC

SO STIPULATED.

Dated:  August 29, 2012                    JOHN P. HANNON, II


                                           /s/ *John P. Hannon*

                                     By: _____
                                           John P. Hannon, II
                                           Attorney for Plaintiff
                                           Deborah Berg

Dated:  August 28, 2012                    CODDINGTON, HICKS & DANFORTH


                                           /s/ *Richard G. Grotch*

                                     By: _____
                                           Richard G. Grotch (*)
                                           Attorney for Defendant
                                           United Air Lines, Inc.


(*)     I hereby attest that I have on file all
        Holographic signatures indicated by a
        "conformed" signature (/s/)
        within this e-filed document.


### [~~PROPOSED~~] ORDER

Upon consideration of the foregoing Stipulation for Dismissal with Prejudice, it is hereby

ordered that the claims of plaintiff DEBORAH BERG (who sued as Debra Berg) be, and hereby are,

dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each

party to bear her or its own attorneys' fees and costs of suit.

Dated:  _____August 29_____, 2012

                                     _____
                                     Honorable Sa...
                                     United States ...

*IT IS SO ORDERED*
*Judge Samuel Conti*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA